# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| REATA PETROLEUM, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:08-1009 |
| | ) | Judge Trauger |
| ESM LIMITED, WILLIAM F. DIPPOLITO, P.S., | ) | |
| INC., WILLIAM F. DIPPOLITO, individually, | ) | |
| MARTIN BURKE, individually and in his | ) | |
| corporate capacity with ESM, Limited, | ) | |
| DAVID PRAISE, individually and in his corporate | ) | |
| capacity with ESM, Limited, | ) | |
| N. KAMANGA MWANGI, individually, and in | ) | |
| his corporate capacity with Kamro Consulting | ) | |
| Group, International Corporation, N. Kamanga | ) | |
| Mwangi, Chairman and CEO; and | ) | |
| SaZara Investments, | ) | |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| HARISH RAGHAVAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SEAN HORNBECK, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The Emergency Motion to Remand filed by plaintiff Harish Raghavan is well-taken and

is, therefore, **GRANTED**.  The Notice of Removal and Civil Cover Sheet state that defendant

Sean Hornbeck, who removed the case, is a citizen and resident of the State of Tennessee.

Because this action was removed based on diversity of citizenship only, removal is inappropriate

1

under 28 U.S.C. § 1441(b ) because defendant Hornbeck is a "citizen of the State in which such action is brought," namely Tennessee.

The Clerk shall **REMAND** this case to the Chancery Court for Davidson County, Tennessee, from whence it was improperly removed.

It is so **ORDERED**.

ENTER this 15th day of October 2008.

_____
ALETA A. TRAUGER
U.S. District Judge

2